IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LARRY COLEMAN**                                                                             **PLAINTIFF**

v.                                        NO. 3:18-CV-00218-HTW-LRA

**KOCH FOODS OF MISSISSIPPI,**
**LLC; KOCH MEAT CO, INC.**                                                **DEFENDANTS**

### MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff, Larry Coleman, hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the Supreme Court of Arkansas. Attached is a Certificate of Good Standing from that Court along with my Application for Admission Pro Hac Vice.

Respectfully submitted,

WALLACE, MARTIN, DUKE & RUSSELL, PLLC
Attorneys at Law
1st Floor, Centre Place
212 Center Street
Little Rock, Arkansas 72201
Attorney for Plaintiff

By:        */s/ James Monroe Scurlock*
              James Monroe Scurlock, Ark. Bar 2012028
              jms@WallaceLawFirm.com

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been served on this, the 26th day of April 2018, via CM/ECF with the Clerk of the Court and upon counsel for the Plaintiff. No Counsel for Defendants have yet made an appearance.

Matthew Reid Krell
THE LAW OFFICES OF MATTHEW REID KRELL
PO Box 71504
Tuscaloosa, AL 35407
(662) 469-5342
E-mail: matthewkrell@gmail.com


                                                    */s/ James Monroe Scurlock*
                                         James Monroe Scurlock, Ark. Bar 2012028
                                         jms@WallaceLawFirm.com