UNITED STATES DISTRICT COURT
DISTRICT OF MISSISSIPPI

**LARRY COLEMAN**

        Plaintiff

v.

**KOCH FOODS OF MISSISSIPPI, LLC;**
**KOCH MEAT CO, INC.**

CIVIL ACTION
No. 3:18-CV-218-HTW-LRA

        Defendant

**APPLICATION FOR ADMISSION PRO HAC VICE**

**(A)** Name: James Monroe Scurlock

Firm Name: Wallace, Martin, Duke & Russell, PLLC

Office Address: 212 Center Street, 1st Floor

City: Little Rock    State AR    Zip 72201

Telephone: 501-375-5545    Fax: 501-374-9515

E-Mail: jms@wallacelawfirm.com

**(B)** Client(s): Larry Coleman

Address: 2220 Highway 28 West

City: Pinola    State MS    Zip 39149

Telephone: 601-278-0238    Fax:

The following information is optional:

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?
No.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?
Yes. Applicant has several years of practice in employment and labor law under state and federal practices in Arkansas and Tennessee as well as federal practice in Mississippi and Texas.

**(C)**   I am admitted to practice in the:

| | |
|---|---|
| __X__ | State of _Arkansas_ |
| _____ | District of Columbia |

and is currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

625 Marshall Street, Little Rock, AR 72202 – 501-682-6849 – courts.arkansas.gov

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| Tennessee | 2012 to Present |
| Eastern District of Arkansas | 2012 to Present |
| Western District of Arkansas | 2012 to Present |
| Eastern District of Tennessee | 2014 to Present |
| Middle District of Tennessee | 2012 to Present |
| Western District of Tennessee | 2012 to Present |
| Eastern District of Texas | 2016 to Present |
| Northern District of Mississippi | 2014 to Present |

| | | |
|---|---|---|
| Southern District of Mississippi | | 2014 to Present |

|  |  | Yes | No |
|---|---|---|---|
| **(D)** | Have you been denied admission pro hac vice in this state? | | X |
| | Have you had admission pro hac vice revoked in this state? | | X |
| | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| **(E)** | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| **(F)** | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | | X |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

**(G)** Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| Southern District of Mississippi | 2014, 2017 | Granted |
| ~~Northern District of~~ Mississippi | 2014, 2015, ~~2016~~ | Granted |

**(H)** Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| Southern District of Mississippi<br>501 E Court Street<br>Suite 2.500<br>Jackson, MS 39201 | Miller v. Management and Training Corp, et. al. |
| Northern District of Mississippi<br>911 Jackson Ave<br>Suite 369<br>Oxford, MS 38655 | Martinez v. Tri-State Enterprises LLC, et. al. |

|  |  | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | X | |
|  | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | X | |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No: Matthew Reid Krell, MSB #103154

Firm Name: The Law Offices of Matthew Reid Krell

Office Address: PO Box 71504

City: Tuscaloosa       State AL       Zip 35407

Telephone: (662) 469-5348       Fax:

E-Mail: matthewrkrell@gmail.com

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_/s/ Matthew Reid Krell_

Resident Attorney

I certify that the information provided in this Application is true and correct.

_____  _____
Date                     Applicant's Handwritten Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

### CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 26th day of April, 2018.

_____
Applicant's Handwritten Signature