IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**LARRY COLEMAN, et al.**                                                                                         **PLAINTIFF**

**vs.**                                           **CIVIL ACTION No.   3:18-cv-00218-HTW-LRA**

**KOCH FOODS OF MISSISSIPPI;**
**KOCH MEAT INC, et al.**                                                                                       **DEFENDANT**

## ENTRY OF APPEARANCE

COMES NOW, Carey R. Varnado, and notifies all counsel of record and the court that he does hereby enter his appearance on behalf of Plaintiff Larry Coleman in this cause.

RESPECTFULLY SUBMITTED, this the 28th day of June, 2018

                                                               Larry Coleman

                                                               *s/Carey R. Varnado*
                                                               *Attorney for Plaintiff Larry Coleman*

Carey R. Varnado (MSB # 6593)
MONTAGUE, PITTMAN & VARNADO
Post Office Drawer 1975
Hattiesburg, MS 39403-1975
Telephone:      601-544-1234
Facsimile:       601-544-1276
E-mail: cvarnado@mpvlaw.com

CERTIFICATE OF SERVICE

I, Carey R. Varnado, do hereby certify that I have this day electronically filed the above and foregoing *Entry of Appearance* with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

I, Carey R. Varnado, do hereby certify that I have this day mailed by U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing document to the following:

Scott W. Pedigo, Esq.
BAKER DONELSON
P.O. Box 14167
Jackson, MS 39236-4167

This the 28th day of June, 2018.

*S/Carey R. Varnado*