IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LARRY COLEMAN, on his own
behalf and on behalf of all others
similarly situated                                                                                       PLAINTIFF

V.                                               CIVIL ACTION NO: 3:18-CV-00218-HTW-LRA

KOCH FOODS OF MISSISSIPPI,
LLC; KOCH MEAT CO., INC. and
JOHN DOES 1-10                                                                                   DEFENDANTS

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that R. Chris White of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC hereby enters his appearance as one of the attorneys for Defendants Koch Foods of Mississippi, LLC and Koch Meat Co., Inc.

THIS the 30th day of August, 2018.

                                      Respectfully submitted,

                                      KOCH FOODS OF MISSISSIPPI, LLC and
                                      KOCH MEAT CO., INC.

                                      By Their Attorneys,

                                      BAKER, DONELSON, BEARMAN,
                                       CALDWELL & BERKOWITZ, P.C.

                                      By: *s/ R. Chris White*_____
                                            R. CHRIS WHITE

Scott W. Pedigo (MB #10735)
D. Sterling Kidd (MB#103670)
R. Christopher White (MB#105509)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
MAILING: Post Office Box 14167
Jackson, MS 39236-4167
PHYSICAL: One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-6391
*Telephone*: (601) 351-2400
*Telecopier*: (601) 351-2424

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of the filing to all counsel of record.

This the 30th day of August, 2018.

            *s/ R. Chris White*_____
             R. CHRIS WHITE