IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LARRY COLEMAN**                                                                                          **PLAINTIFF**

v.                              NO. 3:18-CV-00218-HTW-LRA

**KOCH FOODS OF MISSISSIPPI,**
**LLC; KOCH MEAT CO, INC.**                                                              **DEFENDANTS**

<u>NOTICE OF SERVICE</u>

Notice is hereby given, pursuant to the Local Rules of this Court, that the Plaintiff, Larry Coleman, has this date served in the above-entitled action it First Set of Interrogatories to Defendants Koch Foods of Mississippi, LLC and Koch Meat Co, Inc.

The undersigned retains the original as custodian thereof.

Respectfully submitted,

WALLACE, MARTIN, DUKE & RUSSELL, PLLC
Attorneys at Law
1st Floor, Centre Place
212 Center Street
Little Rock, Arkansas 72201
Attorney for Plaintiff

By:     */s/ James Monroe Scurlock*
        James Monroe Scurlock, Ark. Bar 2012028
        jms@WallaceLawFirm.com

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been served on this, the 5th day of September 2018, via electronic mail upon counsel for the Defendants.

Scott W. Pedigo
D. Sterling Kidd
R. Christopher White
BAKER DONELSON
100 Vision Drive
Suite 400
Jackson, MS 39211
(601) 351-2400
(601) 351-2424 FAX
E-mail:  spedigo@bakerdonelson.com
E-mail:  skidd@bakerdonelson.com
E-mail:  rcwhite@bakerdonelson.com

                                              */s/ James Monroe Scurlock*
                                       James Monroe Scurlock, Ark. Bar 2012028
                                       jms@WallaceLawFirm.com