FORM 2(c) (ND/SD MISS. DEC. 2011)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

LARRY COLEMAN, on his own
behalf and on behalf of all others
similarly situated                                             PLAINTIFF

V.                               CIVIL ACTION NO: 3:18-CV-00218-HTW-LRA

KOCH FOODS OF MISSISSIPPI,
LLC; KOCH MEAT CO, INC. and
JOHN DOES 1-10                                                 DEFENDANTS

**KOCH FOODS OF MISSISSIPPI, LLC AND KOCH MEAT CO, INC.S'
NOTICE OF SERVICE OF PRE-DISCOVERY DISCLOSURE INFORMATION**

**TO:   All Counsel of Record**

Notice is hereby given that, on the date entered below, <u>Defendants, Koch Foods of Mississippi, LLC and Koch Meat Co., Inc.</u> disclosed to <u>Plaintiff Larry Coleman</u>, its initial disclosures containing information required by L.U.CIV.R. 26(a)(1)(A).


09/07/18                              */s Scott W. Pedigo*
Date                                  Signature


                                       Scott W. Pedigo  MSB No. 10735
                                      Typed Name & Bar Number


                    Attorney for:   Koch Foods of Mississippi, LLC and Koch Meat Co., Inc.

Scott W. Pedigo (MB #10735)
spedigo@bakerdonelson.com
D. Sterling Kidd (MB#103670)
skidd@bakerdonelson.com
R. Christopher White (MB#105509)
rcwhite@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
MAILING: Post Office Box 14167
Jackson, MS 39236-4167
PHYSICAL: One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-6391
Telephone: (601) 351-2400
Telecopier: (601) 351-2424

## CERTIFICATE OF SERVICE

I certify that I have this day filed a true and correct copy of the foregoing *Notice of Service of Koch Foods of Mississippi, LLC and Koch Meat Co., Inc.'s Initial Disclosures* via the Court's electronic filing system which will send notification of the filing to all counsel of record.

This the 7th day of September, 2018.

*s/Scott W. Pedigo*
SCOTT W. PEDIGO