**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**LARRY COLEMAN**                                                                       **PLAINTIFF**

**v.**                                                                          **NO. 3:18-CV-00218-HTW-LRA**

**KOCH FOODS OF MISSISSIPPI,**
**LLC; KOCH MEAT CO., INC.**                                         **DEFENDANTS**

## NOTICE OF CONDITIONAL CERTIFICATION DEPOSITION

PLEASE TAKE NOTE that, pursuant to Rule 30 and Rule 45 of the Federal Rules of Civil Procedure, counsel for Defendants, Koch Foods of Mississippi and Koch Meat Co., Inc. will take the conditional certification deposition of Plaintiff, **Larry Coleman**, at the offices of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC; One Eastover Center, 100 Vision Drive, Suite 400, Jackson, MS 39211, on **Wednesday, October 17, 2018**, beginning at **1:00 p.m**. and continuing from day-to-day until completion.  The testimony shall be recorded by stenographic means before a duly authorized officer and may be videotaped.  The deposition is being taken for purposes of, discovery, for use at trial, and for all purposes permitted under the Federal Rules of Civil Procedure.

This, the 11th day of October, 2018.

              Respectfully submitted,

              KOCH FOODS OF MISSISSIPPI, LLC and
              KOCH MEAT CO., INC.

              By Their Attorneys,

              BAKER, DONELSON, BEARMAN,
               CALDWELL & BERKOWITZ, P.C.

              By: *s/ D. Sterling Kidd*_____
                D. STERLING KIDD

Scott W. Pedigo (MB #10735)
D. Sterling Kidd (MB#103670)
R. Christopher White (MB#105509)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
MAILING: Post Office Box 14167
Jackson, MS 39236-4167
PHYSICAL: One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-6391
*Telephone*: (601) 351-2400
*Telecopier*: (601) 351-2424

## CERTIFICATE OF SERVICE

  I certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of the filing to all counsel of record.

  This the 11th day of October, 2018.

              *s/ D. Sterling Kidd*_____
                D. STERLING KIDD