UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LARRY COLEMAN,
         Plaintiff,

vs.                                  CASE NO. 3:18-cv-00218-HTW-LRA

KOCH FOODS OF MISSISSIPPI,
et al,
         Defendants.

## JOINT STIPULATION OF DISMISSAL OF FLSA CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that all claims arising under the Fair Labor Standards Act in this action are dismissed with prejudice, with each party to bear their own respective costs and attorneys' fees. The parties agree that Plaintiff's claim under Title VII of the Civil Rights Act remains at issue.

Dated 1st day of March, 2019.

                                              By:   /s/Scott W. Pedigo
                                                      Scott W. Pedigo (MSB No. 10735)
                                                      BAKER, DONELSON, BEARMAN,
                                                      CALDWELL & BERKOWITZ, P.C.
                                                      P. O. Box 14167
                                                      Jackson, MS  39236
                                                      (601) 351-2400
                                                      (601) 351-2424
                                                      spedigo@bakerdonelson.com

                                                      *Counsel for Defendants*

4839-2721-1145v1
2016061-000217 02/26/2019

/s/James Monroe Scurlock
James Monroe Scurlock (BPR No. 031292)
WALLACE, MARTIN, DUKE & RUSSELL, PLLC
1st Floor, Centre Place
212 Center Street
Little Rock, AR 72201
jms@WallaceLawFirm.com

*Attorney for Plaintiffs*

/s/ Matthew Reid Krell
Matthew Reid Krell
LAW OFFICES OF MATTHEW REID KRELL
1805 8th Avenue
Suite 121
Tuscaloosa, AL 35401
(662) 469-5342
(866) 237-2478 (fax)
matthewrkrell@gmail.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a correct copy of the foregoing Joint Stipulation of Dismissal of FLSA Claims, was electronically filed with the Clerk of the Court by using the ECF system, which will send a notice of electronic filing to all counsel registered with the ECF system, on this 1st day of March, 2019.

/s/ James Monroe Scurlock

4836-9618-3343.1
4839-2721-1145v1
2016061-000217 02/26/2019