**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**LARRY COLEMAN**                                                                                **PLAINTIFF**

**VERSUS**                                                        **CIVIL ACTION NO. 3:18-cv-218-HTW-LRA**

**KOCH FOODS OF MISSISSIPPI, et al.**                                                **DEFENDANTS**

## ORDER GRANTING DISMISSAL

THIS MATTER is before the court on the Joint Stipulation of dismissal of this lawsuit [doc. no. 36] filed by the parties, in accordance with Rule 41(1)(1)(A)(ii) of the Federal Rules of Civil Procedure. In accordance with the stipulation of the Plaintiff and Defendant,

IT IS THEREFORE ORDERED AND ADJUDGED, that the above styled and numbered cause is dismissed with prejudice, with each party to bear its own respective costs and attorneys' fees. A final judgment will be entered in compliance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED, this the 9th day of July, 2019.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE