**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**LARRY COLEMAN**                                                                  **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 3:18-cv-218-HTW-LRA**

**KOCH FOODS OF MISSISSIPPI, et al.**                            **DEFENDANTS**

## FINAL JUDGMENT

An order of dismissal having been entered in this matter, in accordance with the Joint Stipulation of Dismissal filed by the parties, and in accordance with Federal Rules of Civil Procedure 41(1)(1)(A)(ii), which order is incorporated herein by reference,

IT IS THEREFORE ORDERED AND ADJUDGED, that the above styled and numbered cause is dismissed with prejudice, with each party to bear its own respective costs and attorneys' fees.

SO ORDERED AND ADJUDGED, this the 9th day of July, 2019.

                                                                s/ HENRY T. WINGATE
                                                                 UNITED STATES DISTRICT COURT JUDGE